IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| BJORN ERIK HAAPANIEMI, formerly known as PETER LEE NORRIS,<br>　　Plaintiff,<br><br>v.<br><br>WARDEN HIJAR and DIRECTOR, FEDERAL BUREAU OF PRISONS,<br>　　Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§    EP-21-CV-280-DCG |

## MEMORANDUM OPINION AND ORDER

Bjorn Erik Haapaniemi, federal prisoner number 22106-508 formerly known as Peter Lee Norris, seeks Court intervention through a civil complaint. Pl.'s Compl., ECF No. 1-1. He asks the Court to order the Bureau of Prisons (BOP) to change his primary name in its records from "Norris" to "Haapaniemi."[1] Id. at 8. His complaint is dismissed for lack of jurisdiction.

## BACKGROUND

Haapaniemi is a 57-year-old federal prisoner serving a 108-month sentence for stalking and making threatening communications. See United States v. Haapaniemi, 3:19-CR-00078-1-RRB (D. Alaska), Am. J. Crim. Case, ECF No. 188. His projected release date is July 3, 2027. See Find an Inmate, https://www.bop.gov/inmateloc/ (search for Reg. No. 22106-508) (last visited Mar. 2, 2022). He is currently incarcerated at the La Tuna Federal Correctional Institution in Anthony, Texas. Id. Hence, his place of confinement is in El Paso County, Texas, which is within the jurisdiction of the United States District Court for the Western District of Texas. 28 U.S.C. § 124(d)(3).

---

[1] See also, Mem. Op. & Order, Haapaniemi v. Hijar, EP-21-CV-00309-DCG (W.D. Tex. Jan. 19, 2022) (dismissing Haapaniemi's petition for a writ of habeas corpus under 28 U.S.C. § 2241).

In his complaint, Haapaniemi claims that "[o]n 19 June 2020, while a federal detainee at [the] Cook Inlet Jail in Anchorage, Alaska, [he] changed his name" from Peter Lee Norris to Bjorn Erik Haapaniemi. Pl.'s Compl. 5, ECF No. 1-1. He explains he did not want to be confused with another inmate named Peter Jay Norris. Id. He attaches an order entered by the Superior Court for the Third Judicial District at Anchorage, Alaska, which documents "[t]he Alaska Court system has repeatedly furnished to [Haapaniemi] his requested name change order." Id. at 13. He complains the BOP has refused to change its records to reflect his name is now "Haapaniemi." Id. at 7. He asks the Court to order the BOP to change its records to reflect his name is "Haapaniemi." Id. at 8.

On the BOP web site, federal prisoner number 22106-508 is identified as "Bjorn Erik Haapaniemi." See Find an Inmate, https://www.bop.gov/inmateloc/ (search for Reg. No. 22106-508) (last visited Mar. 3, 2022).

## APPLICABLE LAW

Federal district courts are courts of limited jurisdiction and may only exercise such jurisdiction as is expressly conferred by the Constitution and federal statutes. Kokkonen v. Guardian Life Ins. Co. of Am., 511 U.S. 375, 377 (1994). "Article III of the Constitution limits federal 'Judicial Power,' that is, federal-court jurisdiction, to 'Cases' and 'Controversies.'" U.S. Parole Comm'n v. Geraghty, 445 U.S. 388, 395 (1980). "As a general rule, any set of circumstances that eliminates actual controversy after the commencement of a lawsuit renders that action moot." Envtl. Conservation Org. v. City of Dallas, 529 F.3d 519, 527 (5th Cir. 2008). "[T]he definitive mootness of a case or controversy . . . ousts the jurisdiction of the federal courts and requires dismissal of the case." Deposit Guaranty Nat'l Bank v. Roper, 445 U.S. 326, 335

(1980).

## ANALYSIS

Haapaniemi asks the Court to order the BOP to change its records to reflect his name is now "Haapaniemi." Pl.'s Compl. 8, ECF No. 1-1. In the judgment in his criminal case, which was amended only last month on February 1, 2022, he is listed as "BJORN ERIK HAAPANIEMI AKA PETER LEE NORRIS." See United States v. Norris, 3:19-CR-00078-1-RRB (D. Alaska), Am. J. Crim. Case, ECF No. 188. A check of his federal prisoner number on the BOP web page now shows he is listed as "Bjorn Erik Haapaniemi." See Find an Inmate, https://www.bop.gov/inmateloc/ (search for Reg. No. 22106-508) (last visited Mar. 2, 2022). Consequently, the issue he presents in his complaint is no longer live.

## CONCLUSION AND ORDERS

The Court therefore concludes that Haapaniemi's claim is moot. It accordingly enters the following orders:

**IT IS ORDERED** that that Haapaniemi's pro se "Prisoner Complaint" (ECF No. 1-1) is **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.

**IT IS FURTHER ORDERED** that all pending motions in this cause, if any, are **DENIED AS MOOT**.

**IT IS FINALLY ORDERED** that the Clerk shall **CLOSE** this case.

SIGNED this 4th day of March 2022.

DAVID C. GUADERRAMA
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| BJORN ERIK HAAPANIEMI, formerly known as PETER LEE NORRIS,<br>    Plaintiff,<br><br>v.<br><br>WARDEN HIJAR and DIRECTOR, FEDERAL BUREAU OF PRISONS,<br>    Defendants. | § § § § § § § § § | EP-21-CV-280-DCG |

## FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order signed on this date, the Court enters its Final Judgment, pursuant to Federal Rule of Civil Procedure 58, as follows:

**IT IS ORDERED** that that Bjorn Erik Haapaniemi's pro se "Prisoner Complaint" (ECF No. 1-1) is **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.

**IT IS FURTHER ORDERED** that all pending motions in this cause, if any, are **DENIED AS MOOT**.

**IT IS FINALLY ORDERED** that the Clerk shall **CLOSE** this case.

SIGNED this 4th day of March 2022.

DAVID C. GUADERRAMA
UNITED STATES DISTRICT JUDGE